O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MACERICH MANAGEMENT COMPANY,<br><br>    Defendant. | Case No. 2:14-cv-01181-ODW(ASx)<br><br>**ORDER CLOSING CASE** |

On July 2, 2014, the parties filed a Notice of Settlement and Voluntary Dismissal with Prejudice.  (ECF No. 19.)  Accordingly, this action is **DISMISSED WITH PREJUDICE**.  The Clerk of Court is instructed to close this case.

**IT IS SO ORDERED.**

July 2, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**